ACCEPTED
04-15-00052-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 3:35:37 PM
KEITH HOTTLE
CLERK

# CHANGE OF ADDRESS NOTIFICATION

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/09/15 3:35:37 PM
KEITH E. HOTTLE
Clerk

**Please note change of address, phone number, e-mail and fax number for Jerry T. Steed:**

**Jerry T. Steed**
**Steed·Barker**
**8610 North New Braunfels Avenue**
**Suite 705**
**San Antonio, Texas 78217**

**Email:** **jsteed@steedbarkerlaw.com**

**Fax: (210)622-2808**